# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALFRED BROOKS, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Case No. CIV-18-1014-G ) |
| MARIA ROBINSON, et al., | ) ) |
|     Defendants. | ) |

## ORDER

This matter comes before the Court for review of the Report and Recommendation (Doc. No. 20) issued by United States Magistrate Judge Gary M. Purcell pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Plaintiff, a state prisoner appearing pro se, brought this action under 42 U.S.C. § 1983, alleging various violations of his constitutional rights. Judge Purcell recommends that Plaintiff's Motion for Judgment by Default Against Defendants (Doc. No. 18) be denied because default has not been entered by the Clerk of Court against any defendant. *See* Fed. R. Civ. P. 55(a).

Plaintiff has not filed a written objection to the Report and Recommendation within the allotted time period, nor has he requested additional time to object. Judge Purcell specifically informed Plaintiff of his right to object and the consequences of failing to do so. *See* Report & Recommendation at 2-3. Upon consideration, the Court concludes that Plaintiff has waived further review of all issues addressed in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Therefore, the Court finds that the Report and Recommendation should be adopted in its entirety, as though fully set forth herein.

It is therefore ORDERED that the Report and Recommendation (Doc. No. 20) is ADOPTED, and Plaintiff's Motion for Judgement by Default Against Defendants (Doc. No. 18) is DENIED.

IT IS SO ORDERED this 23rd day of May, 2019.

CHARLES B. GOODWIN
United States District Judge